UNITED STATES DISTRICT COURT OF Western District of Michigan

FILED - GR
November 3, 2026 1:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 11.3

ANDREW THOMPSON

VS

Kevin Mcclanahan, Rowan Wilson, Tashanna Golden
Kash Patel, Vanessa Fang, Todd Blanche
Javier E. Ortiz, Michael Rosenthal
Caitlin J. Halligan, Elyssa O. Slutzky, Joseph Nocella, Jr.
Travis Arrindel, Jamie McDonald, Hannah Cohen
Eric Gonzalez, Madalina Danescu, Alvin Bragg, Anthony Cannataro
Michael A. Faleck, Sulay Grant, Arlene Bluth, Shirley Troutman
Julie Poley, Sergio Jimenez, Shantonu Basu, David J. Venturella
Carmen Pacheco, Logan Schiff, Joseph B. Edlow, Madeline Singas
Enedina Pilar Sanchez, Rachel Vincent, Whitney Clark, Jenny Rivera
Karen May Bacdayan, Carol Crawford, Darrell M. Joseph, Michael J. Garcia
John Siemietkowski, Dawn Hill-Kearse, Wavny Toussaint
Hector Lassale, Susanna Molina Rojas, Tanya Faye, Jack Stoller,
Eric Komitee, Marina Cora Mundy, Joy Campanelli
Margo Brodie, Shahabuddeen A. Ally, Cheree Buggs
Brian Gotlieb, Teresa L. Riley, Markwayne Mullin
Jessica Tisch, Keshia Espinal, Genine Edwards
Joanne D. Quiñones, Suzanne Adams, Karen Lin
Dakota Ramseur, Dianne Renwick, John P. Burns

COMPLAINT

1:26-cv-3148
Hala Y. Jarbou - Chief U.S. District Jud
Maarten Vermaat - Magistrate Judge

Defendant used authority to avoid traffic tickets.

Such unacceptable behavior should not be treated lightly.

ANDREW THOMPSON

Andrew Thompson
220 10th st Augusta GA 30907

NEW YORK NY 100
29 OCT 2026 PM 12 L

Thinking of You




US District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399