UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW THOMPSON,

Plaintiff,

v.

KEVIN McCLANAHAN,

Defendant.

______________________________/

Case No. 1:26-cv-3148

Hon. Hala Y. Jarbou

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for lack of subject matter jurisdiction and failure to state a claim.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal of this judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated: November 5, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE